

# NUMBER 13-26-00046-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**TESSA CLOTHIER,**                                                          **Appellant,**

**v.**

**VILLAGE AT HENDERSON
APARTMENTS,**                                                          **Appellee.**

---

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
### OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron
Memorandum Opinion by Justice Silva**

On January 20, 2026, appellant Tessa Clothier filed a notice of appeal on a judgment rendered in favor of appellee Village at Henderson Apartments. On the same day, the Clerk of the Court notified appellant that the notice of appeal did not comply with Texas Rules of Appellate Procedure 9.1, 9.5(e), 25.1(d)(1), (2), (3), (4), and (8). *See* TEX.

R. APP. P. 9.1, 9.5(e), 25.1(d)(1), (2), (3), (4), (8). Appellant was provided thirty days to cure the defects in her notice of appeal. On February 26, 2026, the Clerk of the Court again notified appellant of the defects in her notice of appeal. Appellant was further advised that if the defects were not cured within ten days, the appeal would be dismissed. *See id.* R. 42.3(b), (c). On May 26, 2026, the Clerk sent a final notice to appellant to cure the defects within ten days, or the appeal would be subject to dismissal. *See id*. R. 9.1, 9.5(e), 25.1(d)(1), (2), (3), (4), (8), 42.3(b), (c). Appellant has failed to correct the defects or respond to the notices from the Clerk of the Court requiring a response or other action within the time specified.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter or respond to this Court's notices, is of the opinion that the appeal should be dismissed for want of prosecution. *See id*. R. 42.3(b), (c).

Accordingly, the appeal is dismissed for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
11th day of June, 2026.

2